State v. Broadnax

North Carolina Rules of Civil Procedure provides that the defense of improper venue is one that may be raised by motion or in the responsive pleadings, at the option of the pleader. We hold that under the circumstances of this case the court could properly order the case transferred to Chatham County.

Affirmed.

Judges BROCK and GRAHAM concur.

---

STATE OF NORTH CAROLINA v. JAMES WILLARD BROADNAX

No. 7117SC586

(Filed 15 September 1971)

ON *certiorari* to review judgment of *Bailey, Judge,* rendered 3 March 1971 in the Superior Court held in Wake County on return to a writ of *habeas corpus.*

The Attorney General on behalf of the State filed petition in this Court for a writ of *certiorari* to review an order entered 3 March 1971 by Judge James H. Pou Bailey after a hearing in Superior Court in Wake County upon return to writ of *habeas corpus* in which James Willard Broadnax was ordered released from custody. By order of this Court dated 17 May 1971 the application was granted and the writ issued.

*Attorney General Robert Morgan by Staff Attorney Edward L. Eatman, Jr., for the State.*

*Hugh P. Griffin, Jr., for James Willard Broadnax, petitioner in the habeas corpus proceeding.*

PARKER, Judge.

The writ of *certiorari* is dismissed as improvidently granted.

Judges BRITT and MORRIS concur.